55 A.3d 97

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony MATTHEWS, Petitioner.**

**No. 139 EM 2012.**

Supreme Court of Pennsylvania.

Oct. 15, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2012, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,*

537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation improper). The Prothonotary is directed to forward these filings to counsel of record.